Keith R. Nachbar
Bar No. 6-2808
Keith R. Nachbar, P.C.
123 West First Street, Suite 205
Casper, Wyoming 82601
Telephone: (307) 473-8977
Fax: (307) 473-8989

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 07-CR-237-D |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DANA NOEL COBURN, ) | |
| ) | |
| Defendant. ) | |

### *NOTICE OF FILING*

**COMES NOW** Defendant Dana Noel Coburn, by and through her attorney, Keith R. Nachbar of Keith R. Nachbar, P.C., and hereby files the attached certificates in support of the motion pending herein:

    1.    Certificate of Completion, *Hope and Healing – The Bible and Prayer*, a twelve week course, dated December 16, 2009;

    2.    Certificate of Completion, Rosetta Stone 40 hour Spanish language course, dated October, 2009;

    3.    Certificate of Completion, *Women Healing from Violence*, dated September 17, 2009;

    4.    Certificate of Completion, *Teaching Children Healthy Values*, a four hour course, dated August 11, 2009;

    5.    Certificate of Participation, *The Power of Forgiveness Class*, dated June 24, 2009;

    6.    Certificate of Achievement, satisfactory completion of Basic Computer Skills, a twelve hour training class, dated October 25, (year unknown); and

    7.    Two Excellence Reports for Dana's work with callers.

**DATED** this 26th day of January, 2010.

Dana Coburn, Defendant

/s/
Keith R. Nachbar
Bar No. 6-2808
Keith R. Nachbar, P.C.
123 W. 1st Street, Suite 205
Casper, WY 82601
(307) 473-8977